# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIAMOND SYSTEMS, LLC,**

      **Plaintiff,**

v.                                     **Case No: 6:13-cv-1303-Orl-22TBS**

**FMC CORPORATION and ADVENTUS AMERICAS, INC.,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on Defendant Adventus Americas Inc.'s ("AAI") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5). (Doc. 15).

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. No. 26).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 17, 2013 (Doc. No. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Adventus Americas Inc.'s Motion to Dismiss Complaint (Doc. No. 15) is **GRANTED**.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties